Louie M. SCHEXNAYDER, Jr., Petitioner–Appellant.

v.

Darrel VANNOY, Warden, Louisiana State Penitentiary, Respondent–Appellee.

No. 13–30981.

United States Court of Appeals, Fifth Circuit.

April 13, 2016.

Sara A. Johnson, Law Offices of Herbert V. Larson, Jr., Herbert V. Larson, Jr., New Orleans, LA, for Petitioner–Appellant.

Thomas Joseph Butler, Esq., Assistant District Attorney, District Attorney's Office, Gretna, LA, for Respondent–Appellee.

Before REAVLEY, JOLLY, and ELROD, Circuit Judges.

PER CURIAM: *

The judgment of the district court is vacated and Petitioner's Rule 60(b) motion is remanded to that court. Because the federal court has not considered constitutional claims related to the decisions of the Louisiana courts after the Louisiana Supreme Court's judgment in State v. Cordero, 993 So.2d 203 (La.2008), the present motion is not successive, but is a true Rule 60(b) motion entitled to be decided.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Judgment VACATED and Motion RE-MANDED.